## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

---

THERESA M. SANTOS (fka THERESA M. PARON) and

MICHAEL J. SANTOS;

    Plaintiffs

v.                                                             Case No. <u>1:22-cv-10098-RGS</u>

JOAQUIN ALTORO, ADMINISTRATOR,
RURAL HOUSING SERVICE; and

DONNA M. TOBEY (fka DONNA M. GARCIA); and

UNKNOWN HEIRS OF THE ESTATE OF
ABRAHAM BAUM (aka ABE BAUM)'; and

JOHN A. MILDE; and

LINDA L. MILDE; and

CITIZENS BANK, N.A.;

    Defendants

---

## <u>AMENDED DEFAULT JUDGMENT</u>

_____,

    Defendants Donna M. Tobey (fka Donna M. Garcia), Unknown Heirs of the Estate of

Abraham Baum (aka Abe Baum), John A. Milde, Linda L. Milde, and Citizens Bank, N.A.

having failed to plead or otherwise defend in this action and their defaults having been entered,

    And Joaquin Altoro, Administrtator, Rural Housing Service having answered, but

otherwise assented to judgment,

Now upon application of plaintiffs for entry of judgment quieting title to the property at 75 Willington Avenue, Barnstable (Marston Mills), Massachusetts, supported by their certified complaint and the public documents incorporated therein, and as otherwise set forth in Plaintiffs' memorandum in support of their motion for default judgment,

It is hereby ORDERED, ADJUDGED, AND DECREEED as follows:

1. Title in the property located at 75 Willington Avenue, Barnstable (Marston Mills), Massachusetts, as described in a deed from Vladas Kulbokas and Veronika Kulbokas to Donna M. Garcia and Ronald Mendes recorded with Barnstable County Registry of Deeds in Book 4337, Page 285, is hereby quieted in favor of Theresa M. Santos and Michael J. Santos free and clear of any interest of the Rural Housing Service (fka Farmers Home Administration), Donna M. Tobey (fka Donna M. Garcia), the Unknown Heirs of the Estate of Abraham Baum (aka Abe Baum), John A. Milde, and Linda L. Milde, or any person or entity holding by, through, or under them.

2. Plaintiffs' deed recorded with Barnstable County Registry of Deeds in Book 19517, Page 333, and the documents upon which Plaintiffs' deed derives, are reformed to describe the Property as it appeared in the Garcia-Mendes deed as "Lot 79 on a plan of "Connecticut Village" recorded as Plan Book 157, Page 97."

3. This Amended Default Judgment replaces the Default Judgment entered by this Court on March 13, 2023.

By the Court,

_Richard G. Stearns_

Dated: April 12, 2023

2